767 A.2d 1046

**Jeffrey Paul MOSER, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

March 20, 2001.

## *ORDER*

PER CURIAM:

**AND NOW,** this 20th day of March, 2001, the Order of the Commonwealth Court is AFFIRMED.